| | |
|---|---|
| 1 | DINA L. SANTOS, Bar #204200 |
| 2 | A Professional Law Corporation |
| | 428 J Street, 3rd Floor |
| | Sacramento, California 95814 |
| 3 | Telephone: (916) 447-0160 |

Attorney for Defendant
MANUEL AGUILAR GODINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S 08-570 GEB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER RESETING |
| v. | ) BRIEFING SCHEDULE |
| | ) |
| MANUEL AGUILAR GODINEZ, | ) |
| Defendant. | ) |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Manual Aguilar Godinez, and the Probation Officer, that the briefing schedule be re-set as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | 03/9/2012 @ 9:00 a.m. |
| Reply, or Statement of Non-Opposition: | 2/24/2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 2/17/2012 |
| Presentence Report filed with Cour/disclosed to counsel by: | 2/10/12 |

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: 2/03/2012

**IT IS SO STIPULATED.**

Dated: Jan. 6, 2011 /S/ Dina L. Santos
DINA L. SANTOS
Attorney for
Manuel Aguilar Godinez

Dated: Jan 6, 2011 /S/ Michael Beckwith
MICHAEL BECKWITH
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated: January 9, 2012

GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order  2