BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-CR-188 MCE |
| Plaintiff, | ) | **NOTICE OF RELATED CASES [PROPOSED ORDER]** |
| v. | ) | |
| JUAN GABRIEL ALVAREZ, and SYCHANH CHANTHABOURY, | ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:08-CR-570 GEB |
| v. | ) | |
| MANUEL AGUILAR-GODINEZ, and JUAN GABRIEL ALVAREZ, | ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:08-CR-392 GEB |
| v. | ) | |
| JORGE ALBERT REYES, ADAM PABLO REYES, JUAN GABRIEL ALVAREZ, JUAN ABARCA-CATALAN, | ) | |

```
 1  DAVID REYES NAVARRO,              )
    KEOOUDONE NOY PHAOUTHOUM,         )
 2  KHAMSOU SIDA,                     )
    VICTOR ALFONSO CEJA,              )
 3  RUBEN ANTHONY OLSEN,              )
    MAJID BAJMANLO,                   )
 4  JUAN MADRIGAL RIZO,               )
    STEVEN LOPEZ,                     )
 5  THOMAS JESSE GARCIA,              )
    JOSHUA LIKE,                      )
 6  SARAH LEANNE LANCASTER, and       )
    ASHLEY RHYMER,                    )
 7                                    )
               Defendants.            )
 8  _____)
```

## ORDER

For the reasons set forth in the Notice of Related Cases filed by counsel for the plaintiff United States of America, the Court finds that Criminal Case No. 2:12-CR-188 MCE, is related to the above captioned maters within the meaning of Local Rule 83-123.

Based upon this finding,

**IT IS HEREBY ORDERED** that:

The Clerk of the Court shall REASSIGN Case No. 2:12-CR-188 MCE to the Honorable GARLAND E. BURRELL, JR.

Any dates scheduled before Judge England are vacated. A status conference is scheduled for June 15, 2012, at 9:00 before the Honorable Garland E. Burrell, Jr. In case 2:12CR188.

Dated: May 31, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge