DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
MANUEL AGUILAR GODINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S 08-570 GEB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER RESETING BRIEFING SCHEDULE |
| MANUEL AGUILAR GODINEZ, Defendant. | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Manual Aguilar Godinez, and the Probation Officer, that the briefing schedule be re-set as follows:

    Judgment and Sentencing Date: **10/26/2012 @ 9:00 a.m.**

    Reply, or Statement of Non-Opposition: 10/19/2012

    Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: 10/12/12

    Final Pre-sentence Report filed with Court/disclosed to counsel by: 10/5/12

Counsel's written objections to the draft Pre-sentence Report shall be delivered to the Probation Officer **and** opposing counsel no later than: 9/28/12

**IT IS SO STIPULATED.**

Dated: Aug. 14, 2012  /S/ Dina L. Santos
DINA L. SANTOS
Attorney for
Manuel Aguilar Godinez

Dated: Aug. 14, 2012  /S/ Michael Beckwith
MICHAEL BECKWITH
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated: August 15, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge