| | |
|---|---|
| 1 | THOMAS A. JOHNSON, #119203 |
| 2 | 400 Capitol Mall, Suite 1620 |
| 3 | Sacramento, California 95814 |
|   | Telephone: (916) 422-4022 |
| 4 | Attorney for Defendant Juan G. Alvarez |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:08-CR-00392-GEB and 2:08-CR-00570-GEB |
| Plaintiff, | ) | |
| vs. | ) | STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING |
| JUAN GABRIEL ALVAREZ | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference regarding the Judgment and Sentencing scheduled for September 14, 2012, at 9:00 a.m. is continued to October 19, 2012, at 9:00 a.m. in the same courtroom. Michael M. Beckwith, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this continuance. Mr. Johnson recently substituted into the case and needs additional time to prepare. Additionally, Mr. Beckwith is currently in trial before the Honorable William B. Shubb.

**IT IS SO STIPULATED.**

DATED: September 10, 2012           By:     /s/ Thomas A. Johnson
                                            THOMAS A. JOHNSON
                                            Attorney for Defendant
                                            Juan G. Alvarez

| | | |
|---|---|---|
| 1 | DATED: September 10, 2012 | BENJAMIN WAGNER<br>United States Attorney |
| 2 | | By:   <u>/s/ Thomas A. Johnson for</u><br>      Michael M. Beckwith |
| 3 | |       Assistant United States Attorney |

4 **IT IS SO ORDERED.**

5 **Date: <u>9/12/2012</u>**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge