```
 1  DINA L. SANTOS, Bar #204200
    A Professional Law Corporation
 2  428 J Street, 3rd Floor
    Sacramento, California 95814
 3  Telephone: (916) 447-0160

 4

 5  Attorney for Defendant
    MANUEL AGUILAR GODINEZ
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S 08-570 GEB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER RESETING JUDGEMENT AND SENTENCING |
| MANUEL AGUILAR GODINEZ, Defendant. | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendan**t Manual Aguilar Godinez, that the Judgment and Sentencing Date be reset to February 1, 2013 at 9:00 a.m., and that the current date be vacated.**

The Court is further advised that all parties have conferred and agreed to the above date and that Mr. Beckwith has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: January 17, 2013                    /S/ Dina L. Santos
                                           DINA L. SANTOS
                                           Attorney for
                                           Manuel Aguilar Godinez

| | | |
|---|---|---|
| Dated: January 17, 2013 | | /S/ Michael Beckwith |
| | | MICHAEL BECKWITH |
| | | Assistant United States Attorney |
| | | Attorney for Plaintiff |

**O R D E R**

**IT IS SO ORDERED.**

Dated: January 17, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge