1   DINA L. SANTOS, Bar #204200
    A Professional Law Corporation
2   428 J Street, 3rd Floor
    Sacramento, California 95814
3   Telephone: (916) 447-0160

4

5   Attorney for Defendant
    MANUEL AGUILAR GODINEZ
6

7                   IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11  UNITED STATES OF AMERICA,          )   No. CR-S 08-570 GEB
                                       )
12                  Plaintiff,         )
                                       )   STIPULATION AND ORDER RESETING
13          v.                         )   JUDGEMENT AND SENTENCING
                                       )
14  MANUEL AGUILAR GODINEZ,            )
                    Defendant.         )
15                                     )
                                       )
16  _____   )

17

18          **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael

19  Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendan**t Manual Aguilar**

20  **Godinez, that the Judgment and Sentencing Date be reset to March 8, 2013 at 9:00 a.m., and that the**

21  **current date be vacated.**

22          The Court is further advised that all parties have conferred and agreed to the above date and that Mr.

23  Beckwith has authorized Ms. Santos to sign this stipulation on his behalf.  This request is based on a very recent

24  legal conflict that has been discovered.

25

26

27

28

**IT IS SO STIPULATED.**

Dated: January 29, 2013                              /S/ Dina L. Santos
                                                     DINA L. SANTOS
                                                     Attorney for
                                                     Manuel Aguilar Godinez


Dated: January 29, 2013                              /S/ Michael Beckwith
                                                     MICHAEL BECKWITH
                                                     Assistant United States Attorney
                                                     Attorney for Plaintiff



                                        **O R D E R**

          **IT IS SO ORDERED.**

Dated:  January 30, 2013


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge