Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Manuel Aguilar-Godinez

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>MANUEL AGUILAR-GODINEZ,<br><br>   Defendant. | Case No. 08-cr-00570 GEB<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE |

  It is hereby stipulated between Michael Beckwith, Assistant United States Attorney, and Timothy E. Warriner, attorney for defendant, that the judgment and sentence date of April 26, 2013 be continued until May 31, 2013 at 9:00 a.m. The continuance is needed to give defense counsel additional time to prepare for judgment and sentencing and to meet with the client. The parties further stipulate that defense counsel shall file any objections to the presentence investigation report on or before May 10, 2013.

DATED: April 24, 2013         /s/ Timothy E. Warriner, Attorney for
                     Defendant, Manuel Aguilar-Godinez

DATED: April 24, 2013         /s/ Michael Beckwith, Assistant U.S.
                     Attorney

## ORDER

Pursuant to the stipulation of the parties, the judgment and sentence proceedings scheduled for April 26, 2013 are continued to May 31, 2013 at 9:00 a.m.

**Date: 4/25/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge